THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEPHEN JONES**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 179648**

v.　　　　　　　　　　　　Case No. 4:22-cv-00007-KGB

**MARK GOBER,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Stephen Jones' complaint is dismissed without prejudice. The Court denies the requested relief.

It is so adjudged this 30th day of January, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge